PER CURIAM.
Affirmed. See Bayview Tower Condominium Association, Inc. v. Schweizer, 475 So.2d 982 (Fla. 3d DCA 1985); National Premium Budget Plan Corp. v. All American Assurance Co., 389 So.2d 324 (Fla. 3d DCA 1980); Westinghouse Credit Corp. v. Steven Lake Masonry, Inc., 356 So.2d 1329 (Fla. 4th DCA 1978); Overseas Development, Inc. v. Dominion Mortgage Corp., 330 So.2d 845 (Fla. 3d DCA 1976), cert. denied, 342 So.2d 1103 (Fla.1977); Winter Park Arms, Inc. v. Akerman, 199 So.2d 107 (Fla. 4th DCA 1967).